Stephen V. Conley
321 N. Pass Ave. #65
Burbank, CA 91505
818-391-2047
svc2011@gmail.com
Plaintiff in Pro Per

FILED
2012 FEB 29 PM 1:40
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN V. CONLEY )<br>   PLAINTIFF )<br>   vs. )<br>THE CBE GROUP INC. )<br>   DEFENDANT )<br>)<br>_____ ) | Case No: CV11-10706-DSF(VBKx)<br><br>**FIRST AMENDED COMPLAINT FOR:**<br>**Fair Debt Collection Practices Act;**<br>**Rosenthal Act;**<br>**Fair Credit Reporting Act.**<br>**Demand for Trial by Jury** |

## JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction arises pursuant to 15 U.S.C. § 1692k and 15 U.S.C. § 1681p.

2. This court has supplemental jurisdiction under 28 U.S.C. § 1367 because together Plaintiff's claims form part of the same case or controversy pursuant to Cal Civ Code 1788 et. seq. for related claims.

First Amended Complaint 1

## VENUE

3. Venue is proper pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff Stephen V. Conley is a natural person and is a resident of the State of California.

5. Defendant The CBE Group, INC. is an Iowa corporation and is registered to do business in the State of California.

## STATEMENT OF FACTS

6. On or about January 7, 2011 Plaintiff received a communication from the Defendant through the United States Postal Service (USPS) dated 12/31/10. (Attached Exhibit A)

7. Within the text of the letter are the statements, "This is an attempt to collect a debt; any information obtained will be used for that purpose", and "This communication is from a debt collector".

8. The Defendant states the Creditor is Citibank (South Dakota) NA.

9. The Defendant states the Plaintiff's Account Number is xxxxxxxxxxxx2520.

10. The Defendant states their client, Citibank, has authorized the Defendant to offer the Plaintiff a settlement on the Plaintiff's past due THE HOME DEPOT account(s).

11. The Defendant states the current balance owed to Citibank is $874.09.

12. The Defendant declares that upon paying the amounts listed on the four coupons enclosed for a total of $568.16, Citibank will consider the Plaintiff's account settled in full.

13. The Defendant states, "Payment can be made as follows: SEND YOUR CHECK OR MONEY ORDER payable to 'Citicorp Credit Services Inc.(USA)'.

14. The Defendant encourages the Plaintiff to consider the compromise settlement offer by Citibank, and if the Plaintiff is unable to take advantage of this offer, to contact the Defendant's office.

15. On or about February 4, 2011 Plaintiff received a second communication from the Defendant through the USPS dated 1/30/11. (Attached Exhibit B)

16. Within the text of the letter are the statements, "This is an attempt to collect a debt; any information obtained will be used for that purpose", and "This communication is from a debt collector".

17. The Defendant states the Creditor is Citibank (South Dakota) NA.

18. The Defendant states the Plaintiff's Account Number is xxxxxxxxxxxx2520.

19. The Defendant states their client, Citibank, has authorized the Defendant to offer the Plaintiff a settlement on the Plaintiff's past due THE HOME DEPOT account(s).

20. The Defendant states the current balance owed to Citibank is $874.09.

21. The Defendant declares that upon paying the amounts listed on the four coupons enclosed for a total of $437.05, Citibank will consider the Plaintiff's account settled in full.

22. The Defendant states, "Payment can be made as follows: SEND YOUR CHECK OR MONEY ORDER payable to 'Citicorp Credit Services Inc.(USA)'.

23. The Defendant encourages the Plaintiff to consider the compromise settlement offer by Citibank, and if the Plaintiff is unable to take advantage of this offer, to contact the Defendant's office.

24. Upon information and belief, Plaintiff maintains that Defendant has no client relationship with Citibank (South Dakota) NA, and is using false, deceptive, or misleading representations or means in connection with the collection of a debt.

25. Upon information and belief, Plaintiff maintains that Citicorp Credit Services Inc. (USA) is a third party entity distinct from the named Creditor, Citibank

(South Dakota) NA, and Defendant is using false, deceptive, or misleading representations or means in connection with the collection of a debt.

26. On or about November 1, 2011 Plaintiff discovered Defendant had obtained Plaintiff's TransUnion credit report on October 11, 2010. (Attached Exhibit C)

27. Upon information and belief, Plaintiff maintains Defendant had no permissible purpose to obtain Plaintiff's credit report.

28. In order to resolve these matters privately, on December 6, 2011 Plaintiff deposited, via Certified Mail Receipt #7010 0780 0002 2938 5211, a Notice of Pending Lawsuit(s), and a letter requesting authentication of the CBE Group's standing in relation to the alleged debt, which were delivered December 12, 2011 to The CBE Group in Cedar Falls, IA.

29. No response was made to amicably resolve Plainitff's claim regarding the Notice of Pending Lawsuit.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(False, deceptive, or misleading representations or means in connection with collection of the debt)

(Violation of the FDCPA 15 U.S.C. § 1692 e)

30. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

31. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3).

32. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6).

33. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5).

34. Through the performance of the acts described in Paragraphs 8 through 13 inclusive; and through the performance of the acts described in Paragraphs 17 through

22 inclusive, the Defendant used and/or permitted to be used false, deceptive, or misleading representations or means in connection with the collection of the debt, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e.

## SECOND CAUSE OF ACTION

(False representation of the character, amount or legal status of the debt)

(Violation of the FDCPA, 15 U.S.C. § 1692 e(2))

35. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

36. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3).

37. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6).

38. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5).

39. Through the performance of the acts described in Paragraphs 8 through 13 inclusive; and through the performance of the acts described in Paragraphs 17 through 22 inclusive, the Defendant falsely represented or permitted the false representation of the character, amount, or legal status of the debt, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e(2).

## THIRD CAUSE OF ACTION

(False representation or deceptive means to collect a debt or
obtain information about a consumer)

(Violation of the FDCPA, 15 U.S.C. § 1692 e(10))

40. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

41. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1692 a(3).

42. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692 a(6).

43. Defendant is attempting to collect a debt within the meaning of 15 U.S.C. § 1692 a(5).

44. Through the performance of the acts described in paragraphs 14 and 23, Defendant used and/or permitted to be used a false representation or deceptive means to collect a debt or obtain information about a consumer, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1692 e(10).

## FOURTH CAUSE OF ACTION

(Permissible purpose for obtaining Consumer Report)

(Willful violation of the FCRA, 15 U.S.C. § 1681b)

45. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

46. Plaintiff is a consumer within the meaning of 15 U.S.C. § 1681a(c).

47. Defendant is a furnisher of information within the meaning of 15 U.S.C. § 1681s-2.

48. Through the performance of the acts described in paragraph 26, Defendant willfully violated or permitted the willful violation of 15 U.S.C. § 1681b(f), by obtaining Plaintiff's TransUnion credit report without a permissible purpose as defined by 15 U.S.C. § 1681b, thereby entitling the Plaintiff to recover damages pursuant to 15 U.S.C. § 1681n.

## FIFTH CAUSE OF ACTION

(False, deceptive, or misleading representations or means in connection with collection of the debt)

(Violation of Ca Civ Code 1788.17)

49. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

50. Plaintiff is a debtor within the meaning of Ca Civ Code 1788.2(h).

51. Defendant is a debt collector within the meaning of Ca Civ Code 1788.2(c).

52. Defendant is attempting to collect a debt within the meaning of Ca Civ Code 1788.2(d).

53. Through the performance of the acts described in Paragraphs 8 through 13 individually and successively; and through the performance of the acts described in Paragraphs 17 through 22 individually and successively, the Defendant used and/or permitted to be used false, deceptive, or misleading representations or means in connection with the collection of the debt, thereby entitling the Plaintiff to recover damages pursuant to Ca Civ Code 1788.30(b) and Ca Civ Code 1788.32.

## SIXTH CAUSE OF ACTION

(False representation of the character, amount or legal status of the debt)

(Violation of Ca Civ Code 1788.17)

54. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

55. Plaintiff is a debtor within the meaning of Ca Civ Code 1788.2(h).

56. Defendant is a debt collector within the meaning of Ca Civ Code 1788.2(c)

57. Defendant is attempting to collect a debt within the meaning of Ca Civ Code 1788.2(d).

58. Through the performance of the acts described in Paragraphs 8 through 13 individually and successively; and through the performance of the acts described in Paragraphs 17 through 22 individually and successively, the Defendant falsely re-presented or permitted the false representation of the character, amount, or legal status of the debt, thereby entitling the Plaintiff to recover damages pursuant to Ca Civ Code 1788.30(b) and Ca Civ Code 1788.32.

## SEVENTH CAUSE OF ACTION

(False representation or deceptive means to collect a debt or

obtain information about a consumer)

(Violation of Ca Civ Code 1788.17)

59. Plaintiff realleges paragraphs 1 through 29 as though fully set forth herein.

60. Plaintiff is a debtor within the meaning of Ca Civ Code 1788.2(h).

61. Defendant is a debt collector within the meaning of Ca Civ Code 1788.2(c).

62. Defendant is attempting to collect a debt within the meaning of Ca Civ Code 1788.2(d).

63. Through the performance of the acts described in paragraphs 14 and 23, Defendant used and/or permitted to be used a false representation or deceptive means to collect a debt or obtain information about a consumer, thereby entitling the Plaintiff to recover damages pursuant to Ca Civ Code 1788.30(b) and Ca Civ Code 1788.32

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

64. Actual damages according to 15 U.S.C. § 1692 k;

65. Additional damages for FDCPA violations according to 15 U.S.C. § 1692 k;

66. Actual damages for Rosenthal Act violations according to Cal Civ Code 1788.30;

67. Additional damages for Rosenthal Act violations according to Cal Civ Code 1788.30(b);

68. Cumulative damages for Rosenthal Act violations according to Cal Civ Code 1788.32;

69. Actual or statutory damages for FCRA violations according to 15 U.S.C. § 1681n;

70. Punitive damages such as the court may allow for FCRA violations according to 15 U.S.C. § 1681n;

71. The cost of the action together with reasonable attorney's fees as determined by the Court, according to 15 U.S.C. § 1692 k;

72. Any further relief that the court may deem appropriate, according to 15 U.S.C. § 1692 k.

## DEMAND FOR TRIAL BY JURY

73. Plaintiff hereby requests a trial by jury on all issues raised in this complaint.

Dated: February 29, 2012

_[signature]_

By: Stephen V. Conley, Plaintiff in Pro Per

## VERIFICATION OF FIRST AMENDED COMPLAINT

State of California )
)ss
County of Los Angeles )

Plaintiff, Stephen V. Conley, states the following:

1. I am the Plaintiff in this Civil Proceeding.

2. I have read the above titled Civil Complaint, and I believe that all the facts contained in it are true to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this Civil Complaint is well grounded, cognizable in facts and warranted by existing law, or by good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this Civil Complaint is not interposed for any improper purpose such as to harass any Defendant, cause unecessary delay to any Defendant, or to create a needless increase in the cost of litigation for any Defendant.

5. I have filed this Civil Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. 1746(2), I, Stephen V. Conley, do hereby certify under penalty of perjury that the foregoing is true and correct.

Dated February 29, 2012

_/s/ Stephen V. Conley_
Stephen V. Conley
321 N. Pass Ave. #65
Burbank, CA 91505
818-391-2047    svc2011@gmail.com

Verification of First Amended Complaint 1

**EXHIBIT A**

**EXHIBIT A**



**CBE group**

CALL: (800)665-5315

Creditor: Citibank (South Dakota) NA

| Your Account Number: | ############2520 |
| Total Amount Due: | $874.09 |
| User ID: | 07010750937 |
| Password: | f1Lf#3Dq |

Corporate Address: 1309 Technology Pkwy, Cedar Falls, IA 50613
Hours of Operation: 9:00 a.m.- 5:00 p.m. CT Monday-Friday

12/31/10

Dear STEPHEN CONLEY:

Our client, Citibank, has authorized us to offer you a settlement on your past due THE HOME DEPOT account(s). The current balance owed to Citibank is $874.09.

Upon paying the amounts listed on the four coupons enclosed for a total of $568.16, Citibank will consider your account settled in full. To ensure your payment reaches us, please detach the address label on one of the payment coupons enclosed and attach to your mailing envelope. Payment can be made as follows:

- Pay by AUTOPAY Check (Please call our office at (800)665-5315)
- SEND YOUR CHECK OR MONEY ORDER payable to "Citicorp Credit Services Inc. (USA)"
- Pay by check ONLINE at www.paycbe.com (Secure Internet Access). Your user ID is 07010750937 and your password is f1Lf#3Dq to access your account online. If you have already accessed this account and chosen a new password, please use that password and disregard the one provided above.

We encourage you to consider this compromise settlement offer by Citibank. If you are unable to take advantage of this offer, please contact our office to establish an alternative payment arrangement. Payment must be sent to PO BOX 2695, WATERLOO, IA 50704-2695 for settlement processing.

**This is an attempt to collect a debt; any information obtained will be used for that purpose.
This communication is from a debt collector.**

Remember - You can use your tax refund to pay your account(s) in full.

---

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

010750937-22-001292
PO BOX 2547
WATERLOO, IA 50704-2547

ELECTRONIC SERVICE REQUESTED

| ACCOUNT #: | PLEASE PAY BY: | PLEASE PAY THIS AMOUNT: |
|---|---|---|
| ############2520 | 01/15/11 | $142.04 |

AMOUNT ENCLOSED: _____

12/31/10    Reference Number: 0186    CS Number: _____

Your e-mail address: _____
*By providing your e-mail address you hereby authorize us to communicate with you in our attempt to collect any debt you may owe at the e-mail address you have provided.

000969025158525

CONLEY, STEPHEN V
310 N LIMA ST
BURBANK CA  91505-3511

THE CBE GROUP, INC.
PAYMENT PROCESSING CENTER
PO BOX 2695
WATERLOO, IA 50704-2695

**EXHIBIT B**

**EXHIBIT B**



**CBE group**

CALL: (877)272-9978

Creditor: Citibank (South Dakota) NA

Corporate Address: 1309 Technology Pkwy, Cedar Falls, IA 50613
Hours of Operation: 9:00 a.m. - 5:00 p.m. CT Monday-Friday

Your Account Number: ████████2520
Total Amount Due: $874.09
User ID: 07010750937
Password: ████████

01/30/11

Dear STEPHEN CONLEY:

Our client, Citibank, has authorized us to offer you a settlement on your past due THE HOME DEPOT account(s). The current balance owed to Citibank is $874.09.

Upon paying the amounts listed on the four coupons enclosed for a total of $437.05, Citibank will consider your account settled in full. To ensure your payment reaches us, please detach the address label on one of the payment coupons enclosed and attach to your mailing envelope. Payment can be made as follows:

- Pay by AUTOPAY Check (Please call our office at (877)272-9978)
- SEND YOUR CHECK OR MONEY ORDER payable to "Citicorp Credit Services Inc. (USA)"
- Pay by check ONLINE at www.paycbe.com (Secure Internet Access). Your user ID is **07010750937** and your password is **c5LjS1Bib** to access your account online. If you have already accessed this account and chosen a new password, please use that password and disregard the one provided above.

We encourage you to consider this compromise settlement offer by Citibank. If you are unable to take advantage of this offer, please contact our office to establish an alternative payment arrangement. Payment must be sent to PO BOX 2695, WATERLOO, IA 50704-2695 for settlement processing.

This is an attempt to collect a debt; any information obtained will be used for that purpose.
This communication is from a debt collector.

Remember - You can use your tax refund to pay your account(s) in full.

---

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

010750937-22-001292
PO BOX 2547
WATERLOO, IA 50704-2547

ELECTRONIC SERVICE REQUESTED

| ACCOUNT #: | PLEASE PAY BY: | PLEASE PAY THIS AMOUNT: |
|---|---|---|
| ████████2520 | 02/14/11 | $109.26 |

AMOUNT ENCLOSED: _____

01/30/11    Reference Number: 0186    CS Number: ████

Your e-mail address: _____
*By providing your e-mail address you hereby authorize us to communicate with you in our attempt to collect any debt you may owe at the e-mail address you have provided.

000969026503833

CONLEY, STEPHEN V
310 N LIMA ST
BURBANK CA 91505-3511

THE CBE GROUP, INC.
PAYMENT PROCESSING CENTER
PO BOX 2695
WATERLOO, IA 50704-2695

**EXHIBIT C**

**EXHIBIT C**

| | File Number: |  | |
|---|---|---|---|
| | Page: | 1 of 5 | TransUnion. |
| | Date Issued: | 10/22/2011 | |

-Begin Credit Report-

**Name:** STEPHEN V. CONLEY

**SSN:** XXX-XX-2429
**Date of Birth:** 05/05/1963
**Telephone:**
Your SSN is partially abbreviated for your protection.

You have been on our files since 11/01/1984

## CURRENT ADDRESS

**Address:** 310 N LIMA ST
BURBANK, CA 91505
**Date Reported:** 10/28/2006

## OTHER ADDRESSES

**Address:**
**Date Reported:** 
**Address:**

## EMPLOYMENT DATA REPORTED

**Employer Name:** NICKS FISH MARKET
**Date Reported:** 07/01/1999
**Employer Name:** WHITE LIGHT COMMS
**Location:** CHICAGO, IL
**Date Reported:** 09/01/1996

**Position:** OWNER





Balance:
Date Updated:
Original Amount:
Original Creditor:

Pay Status:
Account Type:
Responsibility:

Estimated month and year that this item will be removed: 01/2017


PO BOX 15298

(800) 945-2006

Balance: $0
Date Updated:
High Balance:
Credit Limit:
Last Payment: 01/06/2010

Pay Status:
Account Type:
Responsibility:
Date Opened:
Date Closed:
Date Paid: 01/06/2010

Loan Type: CR
Remarks: AC
Estimated month and year that this item will be removed: 01/2017

To dispute online go to: http://transunion.com/disputeonline



**Consumer Credit Report for** STEPHEN V. CONLEY

File Number: 311964676
Page: 4 of 5
Date Issued: 10/22/2011

2011, 10/11/2010,

**CBE GROUP INC**
1309 TECHNOLOGY PK
CEDAR FALLS, IA 50613
(800) 925-6686
**Requested On:** 10/11/2010

-End of Credit Report-

To dispute online go to: http://transunion.com/disputeonline

P 1Q4XM-002 01519-1018222 06/12