1  Renee Choy Ohlendorf (SBN: 263939)
   rohlendorf@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
3  Los Angeles, CA 90025
   Telephone:  310-909-8000
4  Facsimile:   310-909-8001

5  Attorneys for Defendant The CBE Group, Inc.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STEPHEN V. CONLEY,                ) Case No.  **CV11-10706 DSF(VBKX)**
                                      )
12              PLAINTIFF,            )
                                      )  **DEFENDANT'S NOTICE OF**
13      vs.                           )  **INTERESTED PARTIES**
                                      )  **PURSUANT TO LOCAL RULE 7.1-1**
14  THE CBE GROUP, INC.,              )
                                      )
15              DEFENDANT.            )
                                      )
16                                    )
                                      )
17                                    )

18      **TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR**

19  **ATTORNEYS OF RECORD HEREIN:**

20          Defendant, THE CBE GROUP, INC. ("CBE"), by and through its attorney,

21  Renee Choy Ohlendorf of Hinshaw & Culbertson LLP, and for its Notice of

22  Interested Parties Pursuant to Local Rule 7.1-1, states as follows:

23          1.      The undersigned, counsel of record for CBE, certifies that the

24  following listed parties may have a pecuniary interest in the outcome of this case.

25  These representations are made to enable the Court to evaluate possible

26  disqualification or recusal.

27          a.      CBE (Defendant);

28      ///

                                        1
            DEFENDANT'S NOTICE OF INTERESTED PARTIES

b.      Ace USA Claims (CBE's Insurer).

DATED: March 21, 2012                    Respectfully Submitted

                                         HINSHAW & CULBERTSON LLP


                                         By: s/Renee Choy Ohlendorf, Esq.
                                             Attorneys for Defendant
                                             THE CBE GROUP, INC.

2

31325940 0932465

# CERTIFICATE OF SERVICE

## *Conley v. The CBE Group, Inc.*
## USDC Case No. CV11-10706 DSF(VBKX)

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On March 22, 2012, I served the document(s) entitled, **DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**, on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope(s) addressed as stated below:

| | |
|---|---|
| **Stephen v. Conley**<br>**321 N. Pass Ave. #65**<br>**Burbank, CA  91505**<br>**818-391-2047**<br>**In Pro Per** | |

☒ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE TRANSMISSION)**: I caused a true copy thereof from sending facsimile machine telephone number 310-909-8001 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

☐ **(VIA OVERNIGHT MAIL)**: I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on March 22, 2012, at Los Angeles, California.

Melanie Davis

3

31325940 0932465